PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Winfred Moses  Cr.: 16-00574-001
PACTS #: 2186263

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/12/2017

Original Offense:   Count One: Conspiracy to File False, Fictitious, or Fraudulent Claims with the IRS, in violation of 18 USC 371 [18 USC 287], a Class D felony

Original Sentence: 26 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release         Date Supervision Commenced: 03/29/2019

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.   **"The defendant shall make restitution payments in the amount of $200,045. The defendant shall satisfy the amount due in monthly installments of no less than $100, to commence thirty (30) after release from confinement."**

U.S. Probation Officer Action:
On March 29, 2019, Winfred Moses commenced supervised release upon his release from the Bureau of Prisons. He has made restitution payments totaling $2,030; however, he has not made consistent monthly $100 payments as ordered by the Court. Since commencing supervision, he has remitted the following restitution payments starting from the most recent payment made:

| Date | Amount | Date | Amount |
|---|---|---|---|
| 9/16/2021 | $100.00 | 10/15/2020 | $80.00 |
| 8/12/2021 | $100.00 | 8/20/2020 | $75.00 |
| 7/22/2021 | $100.00 | 7/16/2020 | $75.00 |
| 6/24/2021 | $100.00 | 6/18/2020 | $50.00 |
| 5/20/2021 | $100.00 | 5/28/2020 | $25.00 |
| 4/15/2021 | $100.00 | 2/12/2020 | $100.00 |
| 3/18/2021 | $100.00 | 2/12/2020 | $100.00 |
| 2/24/2021 | $75.00 | 11/14/2019 | $100.00 |
| 1/27/2021 | $75.00 | 10/7/2019 | $100.00 |
| 12/14/2020 | $75.00 | 6/4/2019 | $100.00 |
| 12/9/2020 | $75.00 | | |

Prob 12A – page 2
Winfred Moses

The purpose of this correspondence is to also inform that Mr. Moses is scheduled to terminate from supervised release on March 28, 2022, without satisfying the entire restitution order. Notably, the restitution obligation is collectable by the U.S. Attorney's Office Financial Litigation Unit for up to 20 years. Despite not making monthly $100 payments, Mr. Moses made a good faith effort to remit payments toward the restitution obligation and we are respectfully requesting that no further action be taken against him and that he terminate from supervision as scheduled on March 28, 2022.

We will continue to monitor his compliance with the conditions of supervision, along with monthly restitution payments. Should there be any further compliance issues, we will notify the Court promptly.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:  CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

| *Suzanne Golda-Martinez* | *10/06/2021* |
|---|---|
| SUZANNE GOLDA-MARTINEZ | Date |
| Supervising U.S. Probation Officer | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time and Allow Winfred Moses to terminate as scheduled (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/13/2021
Date